UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X     ECF CASE
TONGLI SHIPPING CO., LTD. SAMOA,
                                                                         INDEX NO.
                                          Plaintiff,

            – against –

SUPTURNO CO., LTD. also known as SUPTURNO
COMPANY,
                                          Defendant.

-------------------------------------------------------------------X

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Tongli Shipping Co., Ltd. Samoa (a private non-governmental party) certifies that there is no parent company and there are no publicly held companies that own 10% or more of its stock.

Dated: New York, New York
       August 7, 2008

                                                Respectfully submitted,

                                                NICOLETTI HORNIG & SWEENEY
                                                *Attorneys for Tongli Shipping Co., Ltd. Samoa*

                                                By: _____
                                                James F. Sweeney, Esq. (JS-7745)
                                                Terry L. Stoltz, Esq. (TS-7650)
                                                William M. Fennell, Esq. (WF-8895)
                                                Wall Street Plaza
                                                88 Pine Street, Seventh Floor
                                                New York, New York 10005
                                                Telephone: 212-220-3830
                                                (Our File Number: 99000010)